**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1114**

KENRICK HAMILTON,

Plaintiff – Appellant,

v.

TRANSPORTATION SECURITY ADMINISTRATION, Office of Human
Capital,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   T.S. Ellis, III, Senior
District Judge.  (1:16-cv-01413-TSE-IDD)

Submitted:  March 14, 2017          Decided:  March 17, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Kenrick Hamilton, Appellant Pro Se. Rebecca Sara Levenson, R.
Joseph Sher, Lauren Anne Wetzler, Assistant United States
Attorneys, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenrick Hamilton appeals the district court's orders dismissing his complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Hamilton v. Transp. Sec. Admin., No. 1:16-cv-01413-TSE-IDD (E.D. Va. Dec. 16 & 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2